IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**SALLI LONG AND WILSON**                  **PLAINTIFFS**

**VS.**                  **CIVIL ACTION NO. 1:24-cv-00117-GHD-RP**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                  **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**UPON MOTION** made *ore tenus* by the parties for a dismissal of all claims made against Defendant, State Farm Fire and Casualty Company by Plaintiffs, Salli Long and Wilson Long, the Court, being advised that a settlement between the parties has been reached, finds said motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that all claims asserted herein, or which could have been asserted herein by Plaintiffs, Salli Long and Wilson Long, against Defendant, State Farm Fire and Casualty Company, are hereby dismissed with prejudice with each party to bear their own costs and attorney fees. This Court retains jurisdiction to enforce any settlement reached between the parties.

**SO ORDERED,** this the 22nd day of August, 2024.

_____
SENIOR U.S. DISTRICT JUDGE

(*Attorney Signatures on Page 2*)

Page 1 of 2

*AGREED AS TO SUBSTANCE AND FORM:*

/s/ Margaret Sams Gratz
**Margaret Sams Gratz, MSB #99231**
GRATZ & GRATZ, P.A.
312 North Green Street
Tupelo, MS 38804
(662) 844-5531
margaret@gratzandgratz.com
**Attorney for Plaintiffs**


/s/ Roechelle R. Morgan
**Roechelle R. Morgan, MSB # 100621**
WEBB SANDERS & WILLIAMS, PLLC
Post Office Box 496
Tupelo, Mississippi 38802-0496
(662) 844-2137
(662) 842-3863 [Fax]
rmorgan@webbsanders.com
**Attorneys for Defendant**